```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREAS GRIGORIOU, *on behalf of himself*,

                Plaintiff,

                -against-

STEEL PAN LLC, *et al.*,

                Defendants.

1:23-cv-2708 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Post-Discovery Conference previously scheduled for October 10, 2023 at 2:30 PM is ADJOURNED to November 7, 2023 at 11:30 AM.  The Conference will take place in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

Date: August 24, 2023
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**