USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREAS GRIGORIOU, *on behalf of himself*,

Plaintiff,

-against-

STEEL PAN LLC, *et al.*,

Defendants.

1:23-cv-2708 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Post-Discovery Conference scheduled for November 7, 2023 at 11:30 AM is ADJOURNED to January 31, 2024 at 11:30 AM. The Conference will take place in person in Courtroom 18C of the Daniel Patrick Moynihan Courthouse. Any request for an adjournment must be filed on ECF at least 48 hours before the deadline.

**SO ORDERED.**

Date: October 31, 2023
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**